# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:11-cr-256-Orl-28GJK

**JUAN MIRANDA-LARA**

## ORDER

This case having been considered by the Court on the Report and Recommendation (Doc. No. 214, filed January 16, 2018) concerning Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 213, filed December 18, 2017) and no objections thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 213) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. The Defendant's Motion to Appeal *In Forma Pauperis* (Doc. No. 213) is **DENIED** and the Court hereby certifies that the appeal was not taken in good faith.

**DONE and ORDERED** in Orlando, Florida on February 1st, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office

Juan Miranda-Lara
#55321-018
Yazoo City Federal Correctional Complex
P.O. Box 5000
Yazoo City, MS 39194